**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

Myron L. Smith							319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer							Fayetteville, AR 72701
											479-442-9892
											Fax -479-442-5276

March 13, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas  72702

                        RE:     **ANDERSON, Rachel Suzanne**
                                  **Dkt. #5:02CR50074-001**
                                  <u>**Report of Violation**</u>

Dear Judge Hendren:

This letter is to report a violation of conditions in the case of the above-named offender. Rachel Suzanne Anderson was sentenced by Your Honor on July 31, 2003, for one count of False Statement on Bank Loan Application; Aiding and Abetting (Case #5:02CR50046-002) and one count of Possessing and Uttering Forged Counterfeit Securities; Aiding and Abetting (Case #5:02CR50074-001). Anderson was sentenced as follows: 8-months BOP custody on each count, terms to run concurrently, 5-years supervised release on Case #5:02CR50046-002 and 3-years supervised release on Case #5:02CR50074-001, terms to run concurrently; financial disclosure condition, $198,166.86 ($166,166.86-Case #5:02CR50046-002 and $32,000- Case #5:02CR50074-001) restitution to be paid in amounts not less than $200 per month, and $200 (paid) special assessment fees. Supervision commenced on April 15, 2004 in the Western District of Arkansas, Fayetteville Division.

The purpose of this letter is to inform the Court that the offender will not be able to pay the restitution in Case #5:02CR50074-001 in full prior to the completion of supervised release which is scheduled to expire on April 14, 2007. The offender has been making monthly payments of $200 since June 2004 and to date has paid a total of $6,800. There is a remaining restitution balance of $191,516.86. However, since restitution was ordered as a total amount in both cases, restitution will continue to be collected through Case #5:02CR50046-002 which will continue until April 14, 2009. Additionally, restitution was ordered joint and several with Bruce Steven Martin, Case #5:02CR50046-001.

Provided this meets with the Court's approval, our office respectfully requests the term of supervised release in Case #5:02CR50074-001 be allowed to expire as scheduled. Ms. Anderson maintains a willingness to continue restitution payments through Case #5:02CR50046-002.

Should Your Honor require further information, please advise.

Respectfully,

*Michael K. Scott*
Michael K. Scott
U.S. Probation Officer

Reviewed by

*William E. Dunn, Jr.*
William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Allow Supervised Release Term to Expire

___ Submit Petition for Violation

___ Other _____

_____
_____
_____

_____   3/14/07
Honorable Jimm Larry Hendren       Date
Chief U.S. District Judge